UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
OCT 1 4 2015


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR14-40039 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JAMES ANTHONY MURPHY, a/k/a "jaebskipp12@gmail.com," | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On March 22, 2014, James Anthony Murphy, a/k/a "jaebskipp12@gmail.com," the Defendant, sent an electronic mail via his telephone, a Samsung cell phone, to a law enforcement officer posing as an individual offering various sex acts with a 13-year-old minor for money as part of a sting operation. The electronic mail contained the name of a fictional minor and was sent to solicit the undercover officer to cause the minor under his control to engage in an illegal sex act with the Defendant. Defendant was 21 years of age at the time. The sex act solicited was that the female minor perform oral sex on the Defendant for money, which would have violated SDCL 22-22-7 Sexual Contact with a Child Under Sixteen Years of Age. All of this was in violation of 18 U.S.C. Section 2425.

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

_October 13, 2015_
Date

_____
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov

_10/13/15_
Date

_____
James Anthony Murphy
Defendant

_10/13/15_
Date

_____
Michael J. Butler
Attorney for Defendant

[2]