**FILED**
**OCT 27 2015**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR14-40039 |
| Plaintiff, | |
| vs. | AMENDED FACTUAL BASIS STATEMENT |
| JAMES ANTHONY MURPHY, a/k/a "jaebskipp12@gmail.com," | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On March 22, 2014, in Sioux Falls, South Dakota, James Anthony Murphy, a/k/a "jaebskipp12@gmail.com," the Defendant, responded to an advertisement he accessed on the internet website known as Backpage. Using his Samsung cell phone that had internet access, Murphy sent a number of electronic text messages and mail messages in an attempt to entice a female individual he knew was 13 years old, to engage in sexual contact with him in exchange for money. Murphy also initiated the transmission of the name of the minor in his electronic messages. Murphy was 21 years of age at the time of the transmissions.

In accordance with the facts described above, sexual contact with a minor is a sexual activity for which Murphy could have been charged with

under South Dakota law, namely, S.D.C.L. §§ 22-22-7 and 22-4-1. All of this occurred in violation of 18 U.S.C. § 2425.

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

October 27, 2015
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov

10/27/15
Date

10/27/15
Date

James Anthony Murphy
Defendant

Michael J. Butler
Attorney for Defendant